UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| AKIMIBE SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00154-SEB-TAB |
| ) | |
| BULLDOG CLEANING SERVICES, INC, ) | |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION OF DISMISSAL**

The complaint in this matter was filed on January 26, 2023. On June 6, 2023, the Court issued an order to show cause by June 30, 2023, why this matter should not be dismissed for failure to prosecute. [Filing No. 8.] On June 27, 2023, Plaintiff responded to the Court's show cause. [Filing No. 10.] On June 29, 2023, the Court discharged the show cause order, ordering Plaintiff to either dismiss this action without prejudice or seek an entry of default within 30 days. [Filing No. 11.] As of the date of this order, Plaintiff has not responded to the Court's June 29th order. On August 11, 2023, the Court issued a second show cause order questioning why this matter should not be dismissed for failure to prosecute. [Filing No. 12.] Plaintiff has failed to respond to the second order to show cause. Accordingly, the magistrate judge recommends the district judge dismiss this case without prejudice.

Date: 9/11/2023

_Tim A. Baker_
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.